UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **16-2692**

THEODORE HAYES;
AQEELA FOGLE,
                    Appellants

v.

PHILIP E. HARVEY

(E.D. Pa. No. 2-15-cv-02617)

ORDER

        At the direction of the Court, an amended opinion shall be filed to reflect that Judge Hardiman joined in the dissent filed by Judge Fisher.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date:  August 31, 2018
PDB/TMM/cc: All Counsel of Record